No. D–1190. IN RE DISBARMENT OF COLE. It is ordered that Howard Sy Cole, of Van Nuys, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $14,388.53 for the period April 1 through June 30, 1992, to be paid equally by the parties. [For earlier order herein, see, *e. g., ante*, p. 804.]

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of Nebraska for leave to file a surreply brief denied. [For earlier order herein, see, *e. g., ante*, p. 805.]

No. 91–1160. ARAVE, WARDEN v. CREECH. C. A. 9th Cir. [Certiorari granted, 504 U. S. 984.] Motion of Thomas Gibson for leave to file a brief as *amicus curiae* granted.

No. 91–1677. COMMISSIONER OF INTERNAL REVENUE v. KEYSTONE CONSOLIDATED INDUSTRIES, INC. C. A. 5th Cir. [Certiorari granted, *ante*, p. 813.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–8674. SMITH v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, *ante*, p. 814.] Motion for appointment of counsel granted, and it is ordered that Gary Kollin, Esq., of Ft. Lauderdale, Fla., be appointed to serve as counsel for petitioner in this case.

No. 92–352. NOVAK ET AL. v. ANDERSEN CORP. ET AL. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–5569. IN RE ELLIS; and
No. 92–5642. IN RE BAUER. Petitions for writs of mandamus denied.

No. 92–5635. IN RE WHITAKER. Petition for writ of prohibition denied.